## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IMPERIAL SUGAR COMPANY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | C.A. No. 4:11-cv-00269 |
| | § | |
| IRONSHORE SPECIALTY INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## NOTICE OF SETTLEMENT

Defendant, Ironshore Specialty Insurance Company ("Ironshore"), by and through

undersigned counsel, submits this Notice of Settlement, and respectfully notifies this Court that

the parties have reached a settlement of the claims alleged in this action.  Based on the terms of

the parties' agreement, counsel for Ironshore anticipates that dismissal papers will be filed with

the Court within ten (10) business days of the filing date of this Notice of Settlement.

DATED:        December 1, 2011

Respectfully submitted,

/s/ Suzanne M. Meintzer
**SUZANNE M. MEINTZER**\* (Colo. Bar 36795)
e-mail: suzanne.meintzer@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
1512 Larimer Street, Suite 550
Denver, CO 80202
Tel: (303) 572-5300
Fax: (303) 572-5301
\* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

Pursuant to FED. R. CIV. P. 5, I hereby certify that on the 1st day of December, 2011, I caused to be served via CM/ECF a true and correct copy of the ***Notice of Settlement*** on the following counsel of record:

DARREN L. MCCARTY
ALSTON & BIRD, LLP
Chase Tower Suite 3601
2200 Ross Avenue
Dallas, TX 75201
e-mail: darren.mccarty@alston.com

*Attorney-in-Charge for Plaintiff*
*Imperial Sugar Company*

STEPHEN L. BRACY*
TEJAS S. PATEL*
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
e-mail: stephen.bracy@alston.com
e-mail: tejas.patel@alston.com
* Admitted pro hac vice

*Attorneys for Plaintiff Imperial Sugar*
*Company*

 /s/ Suzanne M. Meintzer
**SUZANNE M. MEINTZER**
*Attorney for Defendant Ironshore Specialty*
*Insurance Company*